# United States District Court
# For The Western District of North Carolina
# Statesville Division

MED TOM SAYAVONG,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                           CASE NO. 5:09CV89-3-MU

JOHN NEAL VAUGHAN, SUPT.,
ODOM CORRECTIONAL INSTITUTION,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 1, 2009, Order.

                                            Signed: October 1, 2009

                                            Frank G. Johns, Clerk
                                            United States District Court